# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to: *Indirect Purchaser Actions* | Civ. No.: 1:16-CV-12396-ADB (Lead)<br>　　　　　 1:17-CV-10117-ADB (Consol.)<br>　　　　　 1:17-CV-10156-ABB (Consol.) |

## ACTAVIS DEFENDANTS' MOTION TO DISMISS THE INDIRECT PURCHASER PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Actavis Elizabeth LLC and Actavis Holdco U.S., Inc. (collectively "Actavis") respectfully move to dismiss all counts in the Indirect Purchaser Plaintiffs' Complaint. The grounds for this Motion are set forth in Actavis's Memorandum in Support of Motion to Dismiss the Indirect Purchaser Plaintiffs' Amended Complaint being filed herewith.

WHEREFORE, Actavis respectfully requests that this Court grant its Motion and dismiss the Indirect Purchaser Plaintiffs' Complaint.

Dated: April 10, 2017  Respectfully submitted,

*/s/ Christopher T. Holding*
Christopher T. Holding (BBO# 600627)
Sarah K. Frederick (BBO# 679885)
David R. Fox (BBO# 692372)
GOODWIN PROCTER LLP
100 Northern Avenue
Boston, MA 02210
T: 617-570-1000
F: 617-523-1231
CHolding@goodwinlaw.com
SFrederick@goodwinlaw.com
DFox@goodwinlaw.com

*Counsel to the Actavis Defendants*

## **LOCAL RULE 7.1 CONFERENCE**

I, Christopher T. Holding, hereby certify that counsel for Actavis conferred in good faith with counsel for the Indirect Purchaser Plaintiffs by multiple e-mail exchanges between December and March, 2017, in an attempt to resolve or narrow the issues presented by this Motion.

/s/ *Christopher T. Holding*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2017, a copy of the foregoing was served by electronic means via the Court's CM/ECF System on all counsel registered to receive electronic notices.

/s/ *Christopher T. Holding*