GOODWIN

Christopher T. Holding
+1 617 570 1679
cholding@goodwinlaw.com

Goodwin Procter LLP
100 Northern Avenue
Boston, MA  02210

goodwinlaw.com
+1 617 570 1000

December 7, 2020

**VIA ECF FILING**

The Honorable Alison D. Burroughs
U.S. District Court for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02110

Re:    **In re Intuniv Antitrust Litigation, Lead Case Nos. 16-cv-12653 (Direct Purchaser Action)
       and 16-cv-12396 (Indirect Purchaser Action) (D. Mass.)**

Dear Judge Burroughs:

I write on behalf of the Actavis Defendants to inform the Court that the Actavis Defendants and the IPPs
have reached a settlement agreement resolving all claims against each other in this litigation.

We will be prepared to address any questions the Court has about the settlement, as well as other
issues, at the hearing scheduled for December 9.

Sincerely,


/s/ *Christopher T. Holding*


cc:    All Counsel of Record (via ECF)