# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to *All Indirect Purchaser Actions* | Lead Case No. 1:16-cv-12396-ADB |

## INDIRECT PURCHASER PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT WITH ACTAVIS AND SHIRE DEFENDANTS

Plaintiffs, by and through undersigned counsel, hereby file this unopposed motion for preliminary approval of a class action settlement with the Actavis and Shire Defendants. The bases for this motion are set forth in the accompanying memorandum of law and exhibits thereto.

Plaintiffs respectfully request that the Court preliminarily approve the class action settlement, schedule a preliminary approval hearing if needed, conditionally certify the Settlement Class, approve the proposed escrow agent and approve the issuance of class notice.

**Dated:** August 9, 2021

                                              Respectfully submitted,

                                              /s/ *Conlee S. Whiteley*
                                              Allan Kanner, Esq. (*pro hac vice*)
                                              Conlee S. Whiteley, Esq. (*pro hac vice*)
                                              David J. Stanoch, Esq. (*pro hac vice*)
                                              Layne Hilton, Esq. (*pro hac vice*)
                                              **KANNER & WHITELEY, LLC**
                                              701 Camp Street
                                              New Orleans, LA 70130
                                              Phone: (504) 524-5777
                                              Email: a.kanner@kanner-law.com
                                                          c.whiteley@kanner-law.com

        d.stanoch@kanner-law.com
        l.hilton@kanner-law.com

Ruben Honik, Esq. (*pro hac vice*)
**HONIK, LLC.**
1550 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
Email: ruben@honiklaw.com

Stephen Galebach, Esq.
**GALEBACH LAW OFFICE**
9-11 Touro Avenue
Medford, MA 02155
Phone: (617) 429-1966
Email: stephen.galebach@gmail.com

*Attorneys for IPP Plaintiffs*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, David J. Stanoch, hereby certify that this document filed through CM/ECF system on this date of August 9, 2021, was filed and served upon all counsel of record via the court's CM/ECF system.

                                              */s/ David J. Stanoch*
                                              David J. Stanoch