UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| In re INTUNIV ANTITRUST LITIGATION<br><br>*Indirect Purchaser Actions* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Lead Case No. 1:16-cv-12396-ADB<br><br>**NOTICE OF FIRM NAME CHANGE**<br><br>Hon. Allison D. Burroughs |

PLEASE TAKE NOTICE that effective immediately, Ademi & O'Reilly, LLP is now known as Ademi LLP. All future references to the firm of Ademi & O'Reilly, LLP in this matter should be to Ademi LLP. The firm's address, phone number and fax number have not been affected by this change. Ademi LLP will continue to be a firm of record on the above-titled case.

Dated this 5th day of October 2021.


Respectfully submitted,

/s/ *David J. Stanoch*
Allan Kanner, Esq. (*pro hac vice*)
Conlee S. Whiteley, Esq. (*pro hac vice*)
David J. Stanoch, Esq. (*pro hac vice*)
Layne Hilton, Esq. (*pro hac vice*)
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Email: a.kanner@kanner-law.com
       c.whiteley@kanner-law.com
       d.stanoch@kanner-law.com
       l.hilton@kanner-law.com

Ruben Honik, Esq. (*pro hac vice*)
**HONIK LLC**

1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
Email: ruben@honiklaw.com

Stephen Galebach, Esq.
**GALEBACH LAW OFFICE**
9-11 Touro Avenue
Medford, MA 02155
Phone: (617) 429-1966
Email: stephen.galebach@gmail.com

*Attorneys for IPP Plaintiffs*

## **CERTIFICATE OF SERVICE**

In accordance with Local Rule 5.2(b), I, David J. Stanoch, hereby certify that this document filed through CM/ECF system on this date of October 5, 2021, was filed and served upon all counsel of record via the court's CM/ECF system.

                                                     */s/ David J. Stanoch*
                                                    David J. Stanoch