# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to *All Indirect Purchaser Actions* | Lead Case No. 1:16-cv-12396-ADB |

## INDIRECT PURCHASER PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS

Indirect Purchaser Plaintiffs, by and through undersigned counsel, hereby file this Motion for Attorneys' Fees, Costs, and Service Awards in connection with the preliminarily approved class action settlements with Defendants Shire U.S., Inc. and Shire, LLC ("Shire"), and with Defendants Actavis Elizabeth LLC, Actavis LLC (named as Actavis Inc.), and Actavis Holdco U.S., Inc. ("Actavis"). The bases for this motion are set forth in the accompanying memorandum of law and exhibits thereto.

Dated: November 8, 2021

Respectfully submitted,

/s/ *Conlee S. Whiteley*
Allan Kanner, Esq. (*pro hac vice*)
Conlee S. Whiteley, Esq. (*pro hac vice*)
David J. Stanoch, Esq. (*pro hac vice*)
Layne Hilton, Esq. (*pro hac vice*)
**KANNER & WHITELEY, LLC**
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Email: a.kanner@kanner-law.com
c.whiteley@kanner-law.com
d.stanoch@kanner-law.com
l.hilton@kanner-law.com

Ruben Honik, Esq. (*pro hac vice*)
**HONIK LLC**
1515 Market Street, Suite 1100
Philadelphia, PA 19102
Phone: (267) 435-1300
Email: ruben@honiklaw.com

Stephen Galebach, Esq.
**GALEBACH LAW OFFICE**
9-11 Touro Avenue
Medford, MA 02155
Phone: (617) 429-1966
Email: stephen.galebach@gmail.com

*Attorneys for IPP Plaintiffs*

## CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, David J. Stanoch, hereby certify that this document filed through CM/ECF system on this date of November 8, 2021, was filed and served upon all counsel of record via the court's CM/ECF system.

                                                        */s/ David J. Stanoch*
                                                        David J. Stanoch