IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE INTUNIV ANTITRUST LITIGATION<br><br>This Document Relates to *All Indirect Purchaser Actions* | Lead Case No. 1:16-cv-12396-ADB |

## ORDER REGARDING CLAIMANT INCLUSION AND PROCEDURE FOR THE FORTHCOMING SUBMISSION OF PLAN OF ALLOCATION

Upon review and consideration of Indirect Purchaser Plaintiffs' request to accept claims submitted by Class Member Claimants up to, and including, November 8, 2021, at the recommendation of Class Counsel and the settlement administrator, KCC, and noting that Defendants have no objection to this request, and to set forth a schedule for correction of deficiencies and submission of a Plan of Allocation, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion is GRANTED as follows:

1. Claims filed up to and including November 8, 2021, will be included within the allocation for settlement claims payment;

2. Any deficient claims must be corrected no later than January 7, 2022; and

3. Class Counsel shall submit a Plan of Allocation and proposed order by January 14, 2021.

SO ORDERED this ___1___ day of _December_, 2021

_____
ALLISON D. BURROUGHS, U.S.D.J.